| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RJL Entertainment, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Club Cheetah** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0005330** |
| 4. | **Debtor's address** | **Principal place of business** **6425 South Padre Island Drive Corpus Christi, TX 78412** Number, Street, City, State & ZIP Code **Nueces** County | **Mailing address, if different from principal place of business** **924 Leopard Corpus Christi, TX 78401** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **RJL Entertainment, Inc.**  Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **RJL Entertainment, Inc.**                                          Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | RJL Entertainment, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 10, 2019**
MM / DD / YYYY

X **/s/ Richard A. Conlon**                    **Richard A. Conlon**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Nathaniel Peter Holzer**          Date **June 10, 2019**
Signature of attorney for debtor                  MM / DD / YYYY

**Nathaniel Peter Holzer**
Printed name

**Jordan, Holzer & Ortiz, P.C.**
Firm name

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**
Number, Street, City, State & ZIP Code

Contact phone  **361.884.5678**     Email address  **pholzer@jhwclaw.com**

**00793971 TX**
Bar number and State

# CORPORATE RESOLUTION OF
# RJL ENTERTAINMENT, INC.

Joint meetings of the directors and shareholders of RJL ENTERTAINMENT, INC., a Texas corporation (the "**Company**"), was held on the 10th day of June, 2019, and notice being waived by all directors and shareholders, and motion duly made; it was hereby

RESOLVED that the Company, acting through Richard Conlon, shall immediately file or cause to be filed, a Voluntary Petition in Bankruptcy (Chapter 11) with the appropriate Court pursuant to the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*; and it was further

RESOLVED that Richard Conlon is authorized to retain Jordan, Holzer & Ortiz, P.C. as legal counsel and other consultants, experts, professionals, and advisors as the need may arise in order to commence and continue said Bankruptcy proceeding; to execute all documents, enter into any agreements, open bank accounts, make available all records, and to do all other acts which may be necessary to commence and continue said Bankruptcy proceeding on behalf of the Company; and it was further

RESOLVED that Richard Conlon shall have authority to sign any and all pleadings or other documents in connection with its Chapter 11 proceeding and that Richard Conlon shall be the designated corporate officer to act on behalf of the Company in said proceeding.

The undersigned being all the shareholders and directors of the Company.

Dated this 10th day of June, 2019.

_____
Richard Conlon

_____
James Wood

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RJL Entertainment, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 10, 2019**     X **/s/ Richard A. Conlon**
                                  Signature of individual signing on behalf of debtor

                                  **Richard A. Conlon**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RJL Entertainment, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beck Family, Ltd. 132 Alexandria La Vernia, TX 78121 | Richard Beck 361.960.4843 | | | | | $73,000.00 |
| Chaves, Douglas Chaves, Obregon & Perales 802 N. Carancahua, Ste. 1200 Corpus Christi, TX 78401 | Douglas Chaves dchaves@coplawfirm.com 361.884.5400 | Attorney's fees | | | | $775.00 |
| McKibben, Martinez, Jarvis & Wood, LLP Attn:  Lane K. Jarvis, Jr. 555 N. Carancahua, Ste. 1100 Corpus Christi, TX 78401-0841 | Lane Jarvis ljarvis@mcv-law.com 361.882.661 | Attorney's fees | | | | $29,211.51 |
| Pro Audio Video Solutions 4833 Saratoga Blvd., #262 Corpus Christi, TX 78413 | | Goods and/or Services | | | | $5,000.00 |
| South Texas Universal Svc 3137 Boar Thicket Dr. Corpus Christi, TX 78414 | | Goods and/or Services | | | | $10,000.00 |
| Texas Comptroller of Public Accounts Revenue Accounting/Bankruptcy Section P.O. Box 13528 Austin, TX 78711 | Aurora Vasquez 361.882.1234 ext. 40835 | Taxes | Contingent Unliquidated Disputed Subject to Setoff | | | $3,000,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

## United States Bankruptcy Court
### Southern District of Texas

In re  **RJL Entertainment, Inc.**                                                    Case No.
                            Debtor(s)                                                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Conlon, Richard** | | 50% | Ownership |
| **Wood, James** | | 50% | Ownership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 10, 2019**                                        Signature  **/s/ Richard A. Conlon**
                                                                          **Richard A. Conlon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re: **RJL Entertainment, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 10, 2019**

/s/ Richard A. Conlon
**Richard A. Conlon**/**President**
Signer/Title

```
American Bank
P.O Box 6469
Corpus Christi, TX 78466-6469



Beck Family, Ltd.
132 Alexandria
La Vernia, TX 78121



Chaves, Douglas
Chaves, Obregon & Perales
802 N. Carancahua, Ste. 1200
Corpus Christi, TX 78401


Ganoe, Daniel, next friend of M.G. minor
Rep of Estate of L. Reynolds
c/o Thomas J. Henry
 521 Starr Street
Corpus Christi, TX 78401


Ganoe, Daniel, next friend of M.G. minor
Rep of Estate of L. Reynolds
c/o Tate Sanders
 521 Starr Street
Corpus Christi, TX 78401


Ganoe, Daniel, next friend of M.G. minor
Rep of Estate of L. Reynolds
c/o Nicole D. Meyer
 521 Starr Street
Corpus Christi, TX 78401


Ganoe, Daniel, next friend of M.G. minor
Rep of Estate of L. Reynolds
c/o John D. Schroeder
 521 Starr Street
Corpus Christi, TX 78401


Ganoe, Daniel, next friend of M.G. minor
Rep of Estate of L. Reynolds
c/o Chirag N. Desai
 521 Starr Street
Corpus Christi, TX 78401
```

```
Green, Kenneth
c/o Ira Z. Miller
545 N. Upper Broadway, Ste. 114
Corpus Christi, TX 78401


Herrman & Herrman
Neely E. Balko
1201 Third Street
Corpus Christi, TX 78404


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box  7346
Philadelphia, PA 19101-7346


Lazarte, Frank
924 Leopard Street
Corpus Christi, TX 78401


Martinez, Arnold, Invidually A/N/F
Tiffany Martinez & Drew Martinez
c/o Sassin Law Firm
18170 Dallas Parkway, Ste. 501
Dallas, TX 75287


McKibben, Martinez, Jarvis & Wood, LLP
Attn:  Lane K. Jarvis, Jr.
555 N. Carancahua, Ste. 1100
Corpus Christi, TX 78401-0841


Pro Audio Video Solutions
4833 Saratoga Blvd., #262
Corpus Christi, TX 78413


South Texas Universal Svc
3137 Boar Thicket Dr.
Corpus Christi, TX 78414
```

```
Texas Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Texas Workforce Commission
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin, TX 78778-0001


Trujillo, Osmel & Montes, Geovany
c/o Thomas J. Henry
Leslie V. Rodriguez
521 Starr Street
Corpus Christi, TX 78401


Vinson, Justin
c/o Rich Fancher & Jacqueline Franklin
Baker & Fancher, LLP
555 N. Carancahua, , Ste. 1200
Corpus Christi, TX 78401


Ward, Gene
Cotton, Schmidt LP
P.O. Box 780
Corpus Christi, TX 78403-0780
```

*Exhibit B-2 to Appendix 5005: If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

## United States Bankruptcy Court
### Southern District of Texas

In re   **RJL Entertainment, Inc.**                                                    Case No.
                                          Debtor(s)                                    Chapter   **11**

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:   6/10/19                           /s/ Richard A. Conlon
                                          Richard A. Conlon, President

### PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   6-10-19

Nathaniel Peter Holzer, Attorney for Debtor
500 North Shoreline Blvd.
Suite 900
Corpus Christi, TX 78401
361.884.5678 Fax:361.888.5555